IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOHN M. MATTHEWS                                                                  PLAINTIFF

v.                         CIVIL NO. 05-5074

JO ANNE B. BARNHART, Commissioner
Social Security Administration                                           DEFENDANT

## **J U D G M E N T**

Now on this 28th day of June, 2006, comes on for consideration the Report and Recommendation dated June 7, 2006, by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days have passed without objections being filed by the parties. The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation; affirms the decision of the Administrative Law Judge; and dismisses plaintiff's complaint with prejudice.

IT IS SO ORDERED.

                                                            s/Jimm Larry Hendren
                                                            HON. JIMM LARRY HENDREN
                                                            UNITED STATES DISTRICT JUDGE